IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Cali, Philip John | Case Number: 07 B 10295 |
| | Judge: Hollis, Pamela S |
| Printed: 7/29/08 | Filed: 6/8/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 16, 2008
Confirmed: October 15, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,660.00 | |
| Secured: | | 2,516.36 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 143.64 |
| Other Funds: | | 0.00 |
| Totals: | 2,660.00 | 2,660.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Steven A Leahy | Administrative | 1,371.53 | 0.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Ford Motor Credit Corporation | Secured | 0.00 | 0.00 |
| 4. | CitiMortgage Inc | Secured | 29,531.69 | 2,516.36 |
| 5. | Illinois Dept of Revenue | Priority | 4,392.20 | 0.00 |
| 6. | Illinois Dept of Revenue | Unsecured | 174.36 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 2,317.66 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 1,803.95 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 399.68 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 6,206.65 | 0.00 |
| 11. | Capital One | Unsecured | 919.37 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 217.63 | 0.00 |
| 13. | Peoples Energy Corp | Unsecured | 241.01 | 0.00 |
| 14. | Bowman Heintz Boscia Vician | Unsecured | | No Claim Filed |
| 15. | Cache Inc | Unsecured | | No Claim Filed |
| 16. | First American Bank | Unsecured | | No Claim Filed |
| 17. | IC Collections | Unsecured | | No Claim Filed |
| 18. | AFS | Unsecured | | No Claim Filed |
| | | | $ 47,575.73 | $ 2,516.36 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 143.64 |
| | $ 143.64 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Cali, Philip John | Case Number:  07 B 10295 |
| | Judge:  Hollis, Pamela S |
| Printed:  7/29/08 | Filed:  6/8/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

